◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BOLKOSKY, Appellant.— Determination of this appeal withheld and case remitted to Supreme Court, Wayne County, for a hearing and determination in accordance with memorandum. Memorandum: Although the written statement of the defendant was received in evidence without objection, the trial court did charge the jury on the issue of its voluntariness. In these circumstances the matter must be remitted to Supreme Court, Wayne County, for a hearing and determination before the Judge who presided at the trial on the issue of the voluntariness of the statement in accordance with the procedures outlined in *People* v. *Huntley* (15 N Y 2d 72). (Appeal from judgment of Supreme Court, Wayne County, convicting defendant of manslaughter, second degree.) Present — Williams, P. J., Goldman, Henry and Del Vecchio, JJ.

◼ FRANCES TYBURSKI, Respondent, v. BERTHA HANLEY et al., Appellants, and ALICE L. JOHNSON et al., Respondents. (Action No. 1.) (And 15 Other Actions.) — Judgment unanimously modified on the law and facts by reducing the judgment in favor of Annie Mae Tell from $8,150 to $5,000 and as so modified affirmed, with costs to respondents. Memorandum: The verdict in favor of Annie Mae Tell in the sum of $8,150 was excessive. (Appeal from judgment of Erie Trial Term, in favor of all plaintiffs in 15 actions — automobile negligence.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.